No. 427. UNITED SHOE MACHINERY CORPORATION *v.* LORENZ MUTHER. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Charles F. Choate, Jr.,* and *Mr. Lucius E. Varney* for petitioner. *Mr. Edward F. Mc-Clennen* for respondent.

No. 431. ETHEL V. LANSTON *v.* AUBREY LANSTON ET AL. October 15, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. T. M. Wampler* for petitioner. No appearance for respondents.

No. 435. CONTINENTAL INSURANCE COMPANY ET AL. *v.* MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Nathan H. Chase, Mr. M. H. Boutelle* and *Mr. Lamar Hill* for petitioners. *Mr. Henry S. Mitchell* for respondent.

No. 436. S. M. NIXON ET AL. *v.* UNITED STATES. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. H. Witty* and *Mr. J. H. Petersen* for petitioners. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Crim* for the United States.

No. 437. AUGUST POPE ET AL. *v.* UNITED STATES. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. B. B. McGinnis* and *Mr. John C. Bane* for petitioners.

*Mr. Solicitor General Beck* and *Mrs. Mabel Walker Wille-brandt*, Assistant Attorney General, for the United States.

---

No. 439. JACOB PETRY *v.* COMMONWEALTH OF PENNSYL-VANIA. October 15, 1923. Petition for a writ of certiorari to the Superior Court of the State of Pennsylvania denied. *Mr. Lowrie C. Barton* for petitioner. No appearance for respondent.

---

No. 446. MERRIMACK NATIONAL BANK *v.* HOLLIS R. BAILEY, ET AL., TRUSTEES, ETC. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Philip N. Jones* for petitioner. No appearance for respondents.

---

No. 448. CLARA F. CHAPIN, EXECUTRIX, ETC. *v.* BARTHOLOMEW A. BRICKLEY, TRUSTEE, ETC.; and
No. 449. CLARA F. CHAPIN, EXECUTRIX, ETC. (IN THE MATTER OF CODMAN, FLETCHER & COMPANY, BANKRUPTS). October 15, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Hollis R. Bailey* for petitioner. *Mr. Mark M. Horblit* and *Mr. Jacob Wassermann* for respondents.

---

No. 452. GUILLERMO SEVERINO *v.* FABIOLA SEVERINO ET AL. October 15, 1923. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Quintin Paredes* and *Mr. Felipe Buencamino, Jr.,* for petitioner. *Mr. F. C. Fisher* for respondents.

---

No. 462. R. L. BENNETT & SONS *v.* FARMERS SEED & GIN COMPANY OF PARIS, INC. October 15, 1923. Peti-